| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DRAKE, JR., WALTER H. | 2. Court or Organization<br><br>U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>6/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>POST OFFICE BOX 1408<br>NEWNAN, GEORGIA 30264-1408 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor | Southeastern Bankruptcy Law Institute, Atlanta, Georgia |
| 2. | Member, Board of Trustees | Mercer University, Macon, Georgia |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankrutpcy Law Institute | 2015 | Atlanta, Georgia | Seminar | Food - Attend annual seminar of the SBLI in Atlanta, GA and to participate in program, March 26-27, 2015 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | E | Dividend | | | Merged (with line 17) | 5/5/15 | K | | See Part VIII |
| 2. Verizon Communications | C | Dividend | | | Merged (with line 47) | 5/5/15 | M | | See Part VIII |
| 3. Vodafone Group PLC | A | Dividend | | | Merged (with line 48) | 5/5/15 | K | | See Part VIII |
| 4. Duke Energy Corp. (formerly Duke Power) | C | Dividend | | | Merged (with line 15) | 5/5/15 | L | | See Part VIII |
| 5. Bank of Coweta Account | A | Interest | M | T | | | | | |
| 6. Bank of Coweta Account | A | Interest | | | Closed | 5/22/15 | K | | |
| 7. Exxon Mobil Corp. (f/k/a Exxon Corp.) | D | Dividend | N | T | Donated (part) | 6/5/15 | J | | |
| 8. Bristol Myers Squibb Co. | C | Dividend | M | T | | | | | |
| 9. Altria Group, Inc., f/k/a Philip Morris Cos. Inc. | C | Dividend | M | T | | | | | |
| 10. Coca Cola Co. | E | Dividend | O | T | | | | | |
| 11. BB&T Corporation | C | Dividend | M | T | | | | | |
| 12. Home Depot, Inc. | D | Dividend | O | T | | | | | |
| 13. Altria Group, Inc., f/k/a Philip Morris Cos. Inc. | A | Dividend | | | Merged (with line 9) | 5/5/15 | K | | See Part VIII |
| 14. Coca Cola Co. | D | Dividend | | | Merged (with line 10) | 5/5/15 | M | | See Part VIII |
| 15. Duke Energy Corp | C | Dividend | L | T | Donated (part) | 6/2/15 | L | | |
| 16. Home Depot | D | Dividend | | | Merged (with line 12) | 5/5/15 | N | | See Part VIII |
| 17. AT&T, Inc. | E | Dividend | O | T | Buy (add'l) | 7/15/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kraft Foods, Inc. | C | Dividend | M | T | | | | | |
| 19. Mondelez. | A | Dividend | | | Merged (with line 21) | 5/15/15 | L | | See Part VIII |
| 20. Kraft Foods, Inc. | A | Dividend | | | Merged (with line 18) | 5/5/15 | K | | See Part VIII |
| 21. Mondelez | A | Dividend | L | T | Donated (part) | 6/2/15 | M | | |
| 22. Spectra Energy Corp. | B | Dividend | K | T | Donated (part) | 6/2/15 | K | | |
| 23. Spectra Energy Corp. | B | Dividend | | | Merged (with line 22) | 5/5/15 | L | | See Part VIII |
| 24. Philip Morris International | B | Dividend | | | Merged (with line 25) | 5/5/15 | K | | See Part VIII |
| 25. Philip Morris International | D | Dividend | M | T | | | | | |
| 26. Charitable Remainder Unitrust #1 | A | Int./Div. | L | T | | | | | |
| 27. IRA #1 | D | Int./Div. | N | T | Donated (part) | 3/2/15 | J | | |
| 28. -Blackrock Global | | | | | Donated (part) | 12/29/15 | L | | |
| 29. -Bank of America, NA RASP | | | | | | | | | |
| 30. Series I U.S. Savings Bonds | C | Interest | M | | | | | | |
| 31. Series I U.S. Savings Bonds | B | Interest | | T | Redeemed | 7/8/15 | K | | |
| 32. | | | | | Redeemed | 9/29/15 | K | | |
| 33. Charitable Remainder Annuity Trust #1 | | None | K | T | | | | | See Part VIII |
| 34. Charitable Remainder Annuity Trust #2 | | None | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Charitable Remainder Unitrust #2 | | None | K | T | | | | | See Part VIII |
| 36. Qualified Charitable Gift Annuity No. 1 | B | Int./Div. | L | T | | | | | |
| 37. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 38. Procter & Gamble Co. | D | Dividend | M | T | | | | | |
| 39. Southern Company | B | Dividend | | | Donated | | | | |
| 40. McDonald's Corp. | C | Dividend | | | Merged (with line 50) | 5/5/15 | L | | See Part VIII |
| 41. Walmart Store, Inc. | B | Dividend | | | Merged (with line 51) | 5/5/15 | L | | See Part VIII |
| 42. Ivy Asset Strategy Fund | A | Dividend | | | Merged (with line 52) | 5/5/15 | K | | See Part VIII |
| 43. MFS Global Total Return Fund Classic | A | Dividend | | | Merged (with line 53) | 5/5/15 | L | | See Part VIII |
| 44. Blackrock Global Allocation Fund | C | Dividend | | | Merged (with line 54) | 5/5/15 | M | | See Part VIII |
| 45. Janus Balanced | A | Dividend | | | Merged (with line 55) | 5/5/15 | K | | See Part VIII |
| 46. Johnson & Johnson | B | Dividend | | | Merged (with line 37) | 5/5/15 | L | | See Part VIII |
| 47. Verizon Communications | C | Dividend | M | T | Open | 5/5/15 | M | | |
| 48. Vodafone Group | A | Dividend | K | T | Open | 5/5/15 | K | | |
| 49. Spectra Energy Corp. | B | Dividend | K | T | Open | 5/5/15 | L | | |
| 50. McDonald's Corp. | C | Dividend | M | T | Open | 5/5/15 | L | | |
| 51. Walmart Stores, Inc. | B | Dividend | L | T | Open | 5/5/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ivy Asset Strategy | A | Dividend | | | Sold | 12/14/15 | K | | |
| 53. MFS Global Total Return Fund CL | A | Dividend | L | T | Open | 5/5/15 | L | | |
| 54. Blackrock Global Allocatiin Fund | B | Dividend | M | T | Open | 5/5/15 | M | | |
| 55. Janus Balanced | A | Dividend | K | T | Open | 5/5/15 | K | | |
| 56. Nuveen Santa Barbara | A | Dividend | K | T | Buy | 12/12/15 | K | | |
| 57. CharterBank | A | Interest | M | T | Open | 7/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS - Lines 1-4; 13-14; 16, 19-20, 23-24 -
 Judge Drake's wife, Ruth B. Drake, died on May 5, 2015. Consequently, Judge Drake inherited all of her stock

Lines 33-35 - No dividends received for the entire year.

| Name of Person Reporting | Date of Report |
|---|---|
| DRAKE, JR., WALTER H. | 6/27/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **WALTER H. DRAKE, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544